## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **Prototype Productions, Inc., et al.** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff(s)** ) | |
| ) **Case No.: 2:11-CV-196** | |
| ) | |
| v. ) | |
| ) | |
| **Reset, Inc.** ) | |
| ) | |
| ) | |
| ) | |
| **Defendant** ) | |

### AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice, Order In re: Motions in Civil Actions, Procedure for Civil Motions, Motions to be Determined without Oral Argument and Complaint with Exhibits

SERVE TO: Reset, Inc.

SERVICE ADDRESS: 49 Strathearn Place, Simi Valley, California 93065

DATE SERVED: May 10, 2011   TIME SERVED: 12:45 PM

PERSON SERVED: Ron Freeman, Controller, authorized to accept

Described herein:
Gender: Male    Race/Skin: White    Hair: Grey    Age: 65    Height: 6'3"    Weight: 250

FILED
MAY 12 2011

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.



Carlos Canas
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013

Subscribed and sworn to before me, a notary public, on this _10th_ day of _May_, 2011.

D. Azmi
Notary Public                My Commission Expires: 03/15/2013

ID: 11-057910                                                                     Client Reference: 029896.0106

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia
### Norfolk Division

COPY

Prototype Productions, Inc. and
Prototype Productions Incorporated
Ventures Two, LLC
  *Plaintiff*

v.  Civil Action No. 2:11cv196

RESET, Inc.
  *Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RESET, Inc.
49 Strathearn Place
Simi Valley, California 93065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Benjamin G. Chew, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 4/7/11

*Signature of Clerk or Deputy Clerk*

RECEIVED
U.S. CLERKS OFFICE
2011 MAY 12 A 11:03
NORFOLK, VA