**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **PROTOTYPE PRODUCTIONS, INC., a Maryland corporation, and PROTOTYPE PRODUCTIONS INCORPORATED VENTURES TWO, LLC, a Delaware limited liability company,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **RESET, INC., a California corporation,** <br><br> **Defendant.** | Civil Action No. 2:11cv196 RAJ-FBS |

## RESET, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Reset, Inc., by and through its counsel, hereby states that:

(a) Reset, Inc. does not have any parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public, nor does any publicly held entity (corporate or otherwise) owns 10% or more of Reset, Inc.'s stock; and,

2

  (b)  The current owner of Reset, Inc. is a living trust belonging to John Puccini.

|  |  |
|---|---|
| | RESET, INC. |
| | By Counsel: |
| | s/Robert E. Scully, Jr._____ |
| | Robert E. Scully, Jr. (VSB No. 19218) |
| | Emily Harwood Smith (VSB No. 65527) |
| | Counsel for Defendant Reset, Inc. |
| | Stites & Harbison PLLC |
| | 1199 North Fairfax Street, Suite 900 |
| *Of Counsel*: | Alexandria, Virginia 22314 |
| | Telephone:  (703) 739-4900 |
| Daniel M. Cislo | Fax:  (703) 739-9577 |
| Mark D. Nielsen | rscully@stites.com |
| Cislo & Thomas LLP | |
| 1333 2nd Street, Suite 500 | |
| Santa Monica, CA  90401-4110 | |
| Telephone:  (310) 451-0647 | |
| Fax:  (310) 394-4477 | |
| dan@cislo.com | |
| mnielsen@cislo.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May, 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system with electronic notification of such filing to the following counsel of record:

Benjamin G. Chew, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
E-mail: bchew@pattonboggs.com

        s/Robert E. Scully, Jr. _____
        Robert E. Scully, Jr.
        Virginia Bar No. 19218
        Stites & Harbison PLLC
        1199 North Fairfax Street, Suite 900
        Alexandria, Virginia 22314
        Telephone:  (703) 739-4900
        Fax:  (703) 739-9577
        rscully@stites.com
        *Counsel for Defendant Reset, Inc.*