IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **PROTOTYPE PRODUCTIONS, INC.,** a Maryland corporation, and **PROTOTYPE PRODUCTIONS INCORPORATED VENTURES TWO, LLC,** a Delaware limited liability company,<br><br>**Plaintiffs,**<br><br>v.<br><br>**RESET, INC.,** a California corporation,<br><br>**Defendant.** | Civil Action No. 2:11cv196 RAJ-FBS |

## NOTICE OF REQUEST FOR HEARING

Reset, Inc., by and through its undersigned counsel, hereby gives NOTICE that it would like the opportunity to present oral argument in support of its Motion to Dismiss or in the Alternative to Transfer [Doc. No. 6].

Dated: this 31st day of May, 2011

RESET, INC.

By Counsel:

/ s/ Emily Harwood Smith    /
Robert E. Scully, Jr. (VSB No. 19218)
Emily Harwood Smith (VSB No. 65527)
Counsel for Defendant Reset, Inc.
Stites & Harbison PLLC
1199 North Fairfax Street, Suite 900
Alexandria, Virginia 22314
Telephone: (703) 739-4900
Fax: (703) 739-9577
rscully@stites.com

*Of Counsel*:

Daniel M. Cislo
Mark D. Nielsen
Cislo & Thomas LLP
1333 2nd Street, Suite 500
Santa Monica, CA  90401-4110
Telephone: (310) 451-0647
Fax: (310) 394-4477
dan@cislo.com
mnielsen@cislo.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May, 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system with electronic notification of such filing to the following counsel of record:

Benjamin G. Chew, Esq.
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
E-mail: bchew@pattonboggs.com

       /s Emily Harwood Smith
       Robert E. Scully, Jr.
       Virginia Bar No. 19218
       Stites & Harbison PLLC
       1199 North Fairfax Street, Suite 900
       Alexandria, Virginia 22314
       Telephone:  (703) 739-4900
       Fax:  (703) 739-9577
       rscully@stites.com
       *Counsel for Defendant Reset, Inc.*